**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Marion Construction LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1389420** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6408 Seven Corners Place, Suite P** **Falls Church, VA 22044** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fairfax** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **marion-gc.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Marion Construction LLC**                                    Case number (*if known*) _____

_____ Name

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____2362_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

Debtor    **Marion Construction LLC**                                      Case number *(if known)* _____

Name

---

**11.** **Why is the case filed in** | *Check all that apply:*
**this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or** | ☑ No
**have possession of any**
**real property or personal** | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of** | .    *Check one:*
**available funds**

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000
**creditors**

☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000

☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000

☑ 200-999

---

**15.** **Estimated Assets** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion

☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion

---

**16.** **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion

---

| Debtor | **Marion Construction LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 14, 2019**
                          MM / DD / YYYY

**X** **/s/ Michael Raine**                                                 **Michael Raine**
Signature of authorized representative of debtor          Printed name

Title      **Authorized member**

**18. Signature of attorney**

**X** **/s/ David E. Lynn**                                    Date    **June 14, 2019**
Signature of attorney for debtor                                      MM / DD / YYYY

**David E. Lynn VSB#90409**
Printed name

**David E. Lynn, P.C.**
Firm name

**15245 Shady Grove Road, Suite 465 N
Rockville, MD 20850**
Number, Street, City, State & ZIP Code

Contact phone    **301-255-0100**        Email address    **davidlynn@verizon.net**

**VSB#90409 VA**
Bar number and State

In re    **Marion Construction LLC**                                                    Case No.    _____

_____

Debtor(s)

# FORM 1. VOLUNTARY PETITION
### Attachment A

## WRITTEN CONSENT IN LIEU OF A SPECIAL MEETING OF THE
## MEMBERS OF MARION CONSTRUCTOIN, LLC

The undersigned, being all of the Members of Marion Construction, LLC (the "Company") who would be entitled to vote upon the resolutions hereinafter set forth at a formal meeting of the Members of said Company held for the purpose of acting upon such resolutions, do hereby consent to the adoption of the following resolutions to the same extent and to have the same force and effect as if adopted at a formal meeting of the Members of said Company:

WHEREAS, the Company is indebted to various persons and is unable to pay its debts in full as they become due and payable, and

WHEREAS, the Company is in need of legal counsel to protect the interests of the Company, its creditors and other interested parties in the resolution of these financial difficulties,

BE IT THEREFORE RESOLVED:  That in the judgment of the Members of the Company, it would be in the best interests of the Company, its creditors and other interested parties that a Chapter 7 proceeding be filed for the Company in the United States Bankruptcy Court for the Eastern District of Virginia, and it is

FURTHER RESOLVED:  That Michael Raine, a Member of the Company, is hereby authorized and directed on behalf of the Company to perform all acts, execute all papers and do all things reasonably necessary and incident to the filing and continuing prosecution of such a Chapter 7 proceeding, and it is

FURTHER RESOLVED:  That the Company is authorized to retain and employ as legal counsel the firm of David E. Lynn, P.C., of Rockville, Maryland to undertake such Chapter 7 proceedings.


Dated:  6/13/19            */s/ Deborah L. Raine* _____
                           Deborah L. Raine


Dated:  6/13/19            */s/ Michael Raine* _____
                           Michael Raine

**Fill in this information to identify the case:**

Debtor name      **Marion Construction LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 14, 2019**          X **/s/ Michael Raine**
                                              Signature of individual signing on behalf of debtor

                                              **Michael Raine**
                                              Printed name

                                              **Authorized member**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Marion Construction LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                   12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................ $      **768,834.21**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $      **768,834.21**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      **4,450,785.30**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      **6,005,459.70**

4.    Total liabilities .......................................................................................................
    Lines 2 + 3a + 3b                                                                                        $      **10,456,245.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Marion Construction LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | Checking account no. . . . 8147, Atlantic Union Bank. | Checking | 8147 | $151.20 |
| 3.2. | Checking account no. . . . 9247, Atlantic Union Bank. | Checking | 9247 | $0.00 |
| 3.3. | Checking account no. . . . 6398, Revere Bank. | Checking | 6398 | $144.12 |
| 3.4. | Checking account no. . . . 4758, M&T Bank. | Checking | 4758 | $3.82 |
| 3.5. | Checking account no. . . . 4766, M&T Bank. | Checking | 4766 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $299.14 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

| Debtor | **Marion Construction LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **742,035.07** - | **0.00** =.... | **$742,035.07** |
| | | face amount | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | **1,352,539.73** - | **1,352,539.73** =.... | **Undetermined** |
|---|---|---|---|---|
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | | **$742,035.07** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Furniture, fixtures, equipment and office machinery.** | **$0.00** | | **$5,000.00** |

Debtor   **Marion Construction LLC**                                 Case number *(If known)* _____
_____Name_____

| | | | |
|---|---|---|---|
| 40. | **Office fixtures**<br>**(included in #39, above)** | $0.00 | $0.00 |
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**(included in #39, above)** | $0.00 | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;<br>books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card<br>collections; other collections, memorabilia, or collectibles | | |

43. **Total of Part 7.**                                                                                       $5,000.00

Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Ford F150, 2-door, regular cab XL,**<br>**good condition, VIN 1 FTMF1**<br>**C85GFA28682.** | $0.00 | **Appraisal** | $9,000.00 |
| 47.2.  **2016 Ford F150, good condition, VIN**<br>**1FTMF1C88GKD86155** | $0.00 | **N/A** | $12,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**

51. **Total of Part 8.**                                                                                       $21,500.00

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Marion Construction LLC** | Case number *(If known)* | |
|--------|------------------------------|--------------------------|---|
| | <small>Name</small> | | |

53.　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**

　■ No
　☐ Yes

| Part 9: | **Real property** |
|---------|-------------------|

**54. Does the debtor own or lease any real property?**

　■ No.　Go to Part 10.
　☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|----------|--------------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

　☐ No.　Go to Part 11.
　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 60.　**Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.　**Internet domain names and websites** **"Marion-GC.com"** | **$0.00** | | **$0.00** |
| 62.　**Licenses, franchises, and royalties** | | | |
| 63.　**Customer lists, mailing lists, or other compilations** | | | |
| 64.　**Other intangibles, or intellectual property** | | | |
| 65.　**Goodwill** | | | |

66.　**Total of Part 10.**

　Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.　**Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
　■ No
　☐ Yes

68.　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　■ No
　☐ Yes

69.　**Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　■ No
　☐ Yes

| Part 11: | **All other assets** |
|----------|----------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　☐ No.　Go to Part 12.
　■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|-------------------------------------|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Marion Construction LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 71. | Notes receivable |
|---|---|

**Description (include name of obligor)**

**Note receivable from Starcorp USA, LLC, a single-member LLC wholly owned by Michael Raine, but which has no assets.**

| | 179,090.10 | - | 179,090.10 | = | |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

**$0.00**

---

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**
**General liability, auto, excess liability and worker's compensation insurance with Travelers Insurance Co.**

**$0.00**

---

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Marion Construction LLC**_____   Case number *(If known)* _____
      Name

<hr>

**Part 12:**   **Summary**

<hr>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $299.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $742,035.07 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $768,834.21 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $768,834.21 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

3:32 PM

06/13/19

# Marion Construction, LLC
# A/R Aging Summary
### As of June 13, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 21-1030 CHUMC Interior Renovation | 0.00 | 0.00 | 0.00 | 76,803.83 | 0.00 | 76,803.83 |
| 11-1038 1515 B1 & B2 Lobby Renovations | 0.00 | 0.00 | 0.00 | 6,819.86 | 0.00 | 6,819.86 |
| 21-1028 1101 Connecticut Avenue NW | 0.00 | 0.00 | 35,736.62 | 58,176.87 | 0.00 | 93,913.49 |
| 11-1037 NCUA Interior Renovations - Ph 1 | 0.00 | 0.00 | 0.00 | 322,036.67 | 0.20 | 322,036.87 |
| 11-1035 1515 - Doctors office renovation | 0.00 | 0.00 | 0.00 | 0.00 | 2,276.48 | 2,276.48 |
| 21-1023 Patriots Plaza I-8th fl lobby | 0.00 | 0.00 | 0.00 | 0.00 | 4,247.00 | 4,247.00 |
| 11-1034 Phoenix Plant 2 | 0.00 | 0.00 | 0.00 | 0.00 | 180,592.99 | 180,592.99 |
| 11-1033 Phoenix Plant 1 | 0.00 | 0.00 | -0.03 | 242,461.25 | 124,477.91 | 366,939.13 |
| 21-1021 Watergate Ste 103, 705 &Bike Room | 0.00 | 0.00 | 0.00 | 0.00 | 18,021.60 | 18,021.60 |
| 31-1022 NFCU Odenton Transfer | 0.00 | 0.00 | 0.00 | 0.00 | -7.46 | -7.46 |
| 21-DC-1014 GTP - Market Hall | 0.00 | 0.00 | 0.00 | 0.00 | -0.61 | -0.61 |
| 11-1028 Mt Olivet Methodist Church | 0.00 | 0.00 | 0.00 | 0.00 | 12,500.00 | 12,500.00 |
| 21-1015 900 G St - Mallinckrodt | 0.00 | 0.00 | 0.00 | 0.00 | 3,592.00 | 3,592.00 |
| StarCorp USA | 0.00 | 0.00 | 0.00 | 0.00 | 179,090.10 | 179,090.10 |
| 28-1007 NFCU Meyerland | 0.00 | 0.00 | 0.00 | 0.00 | 252,893.74 | 252,893.74 |
| 31-MD-1013 NFCU Odenton | 0.00 | 0.00 | 0.00 | 0.00 | 68,232.65 | 68,232.65 |
| 31-MD-1012 NFCU Ft Meade | 0.00 | 0.00 | 0.00 | 0.00 | 23,746.00 | 23,746.00 |
| 31-MD-1011 NFCU Clemson Corner, MD | 0.00 | 0.00 | 0.00 | 0.00 | 91,978.65 | 91,978.65 |
| 02-PA-1003 NFCU Carlisle | 0.00 | 0.00 | 0.00 | 0.00 | 195.80 | 195.80 |
| 06-MA-1001 Honeygrow | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11-VA-1002 NFCU - Holland Road | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11-VA-1004 Manassas Parkridge | 0.00 | 0.00 | 0.00 | 0.00 | 12,257.88 | 12,257.88 |
| 11-VA-1005 NFCU Dam Neck | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11-VA-1015 Courthouse Tower, 2nd Fl | 0.00 | 0.00 | 0.00 | 0.00 | -0.60 | -0.60 |
| 11-VA-1016 Courthouse Tower - Bathroom | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| 11-VA-1018 NFCU Hampton | 0.00 | 0.00 | 0.00 | 0.00 | -1.78 | -1.78 |
| 11-VA-1022 Courthouse Tower - 9th Floor | 0.00 | 0.00 | 0.00 | 0.00 | 1,953.53 | 1,953.53 |
| 17-OH-1001 Lotsa Pizza Athens | 0.00 | 0.00 | 0.00 | 0.00 | -473.60 | -473.60 |
| 21-196 Hip City Veg | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 2,500.00 |
| 21-DC-1007 G St Elev. Lobbies & Corridors | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| 21-DC-1010-GSA HVAC Upgrade | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | -1.00 |
| 28-TX-1001 NFCU Ft. Sam Houstan | 0.00 | 0.00 | 0.00 | 0.00 | -28.86 | -28.86 |
| 28-TX-1004 NFCU Webster | 0.00 | 0.00 | 0.00 | 0.00 | 351,780.11 | 351,780.11 |
| 31-41 M&T Rockville | 0.00 | 0.00 | 0.00 | 0.00 | 1.01 | 1.01 |
| 31-MD-1001 Siena School | 0.00 | 0.00 | 0.00 | 0.00 | -65.00 | -65.00 |
| 31-MD-1002 M&T Eastern | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | -1.00 |
| 31-MD-1006 M&T Ellicot City Branch | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Boston's Gourmet Pizza | 0.00 | 0.00 | 0.00 | 0.00 | 22,781.00 | 22,781.00 |
| **TOTAL** | **0.00** | **0.00** | **35,736.59** | **706,298.48** | **1,352,539.73** | **2,094,574.80** |

**Fill in this information to identify the case:**

Debtor name __**Marion Construction LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  6th Avenue Capital**
Creditor's Name

**420 Lexington Avenue
New York, NY 10170**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**Nov. 2018**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Business loan**

Describe the lien
**Chattel mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$212,333.03**   Value of collateral: **Undetermined**

**2.2  Addy Source**
Creditor's Name

**2361 Nostrand Avenue
Suite 501
Brooklyn, NY 11210**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**March 2019**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Business loan**

Describe the lien
**Chattel mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$310,801.00**   Value of collateral: **Undetermined**

| Debtor | **Marion Construction LLC** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | **ATX MCA Fund, LLC** | **Describe debtor's property that is subject to a lien** | $212,333.03 | **Undetermined** |

Creditor's Name

**835 W. 6th Street, Suite 1440**
**Waco, TX 76703**

**Business loan**

Creditor's mailing address

**Describe the lien**

**Chattel mortgage**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **EIN Capital, Inc.** | **Describe debtor's property that is subject to a lien** | $56,564.44 | **Undetermined** |

Creditor's Name

**160 Pearl Street, 5th Floor**
**New York, NY 10005**

**Business loan**

Creditor's mailing address

**Describe the lien**

**Chattel mortgage**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Nov. 2018**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Expansion Capital** | **Describe debtor's property that is subject to a lien** | $167,748.00 | **Undetermined** |

Creditor's Name

**5020 Suth Broadband Lane Suite 100**
**Sioux Falls, SD 57108**

**Business loan**

Creditor's mailing address

**Describe the lien**

**Chattel mortgage**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Nov. 2018**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

Debtor    **Marion Construction LLC**                                Case number (if know) _____
          _____
          Name

☐ No
☑ Yes. Specify each creditor,                    ☐ Contingent
including this creditor and its relative          ☐ Unliquidated
priority.                                         ☐ Disputed

---

| 2.6 | **Ford Credit** | Describe debtor's property that is subject to a lien | $9,000.00 | $12,500.00 |
|---|---|---|---|---|

Creditor's Name

**2016 Ford F150, good condition, VIN
1FTMF1C88GKD86155**

**P.O. Box 220564
Pittsburgh, PA 15257-2564**

Creditor's mailing address

**Describe the lien**

**Vehicle lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5391**

**Do multiple creditors have an
interest in the same property?**            **As of the petition filing date, the claim is:**
                                            Check all that apply
☑ No
☐ Yes. Specify each creditor,               ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.                                   ☐ Disputed

---

| 2.7 | **Fox Capital Group** | Describe debtor's property that is subject to a lien | $148,781.25 | Undetermined |
|---|---|---|---|---|

Creditor's Name

**Business loan**

**17640 Bentley Drive
Morgan Hill, CA 95037**

Creditor's mailing address

**Describe the lien**

**Chattel mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**Nov. 2018**                               ☐ No
                                            ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**            **As of the petition filing date, the claim is:**
                                            Check all that apply
☐ No
☑ Yes. Specify each creditor,               ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.                                   ☐ Disputed

---

| 2.8 | **M & T Bank** | Describe debtor's property that is subject to a lien | $1,572,613.30 | Undetermined |
|---|---|---|---|---|

Creditor's Name

**All of Debtor's property**

**133 South Washington
Street
Falls Church, VA 22046**

Creditor's mailing address

**Describe the lien**

**Financing stmt/security agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**July 2016**                               ☐ No
                                            ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | Marion Construction LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **M & T Bank** | **Describe debtor's property that is subject to a lien** | $1,100,000.00 | Undetermined |
|---|---|---|---|---|

Creditor's Name

**133 South Washington Street**
**Falls Church, VA 22046**
Creditor's mailing address

**All of Debtor's property**

**Describe the lien**
**Financing stmt/security agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **M & T Bank** | **Describe debtor's property that is subject to a lien** | $402,961.11 | Undetermined |
|---|---|---|---|---|

Creditor's Name

**133 South Washington Street**
**Falls Church, VA 22046**
Creditor's mailing address

**All of Debtor's property**

**Describe the lien**
**Financing stmt/security agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **Mercedes-Benz Financial Svcs** | **Describe debtor's property that is subject to a lien** | $3,598.46 | Undetermined |
|---|---|---|---|---|

Creditor's Name

**PO Box 685**
**Roanoke, TX 76262**
Creditor's mailing address

**Mercedes-Benz S-550**

**Describe the lien**
**Car Lease**
**Is the creditor an insider or related party?**
☑ No

---

| Debtor | **Marion Construction LLC** | Case number *(if know)* | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 2** **Union Funding Source**
Creditor's Name

**780 Long Beach BLVD**
**Long Beach, NY 11561**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Nov. 2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Business loan**

Describe the lien
**Chattel mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$157,406.25** | **Undetermined**

---

**2.1 3** **Web Bank / CAN Capital**
Creditor's Name

**215 State Street**
**Suite 1000**
**Salt Lake City, UT 84111**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Business loan**

Describe the lien
**Chattel mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$96,645.43** | **Undetermined**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$4,450,785.30**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

| Debtor | Marion Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Isaac H. Greenfield, Esq.<br>32 Court Street, Ste. 205<br>Brooklyn, NY 11201 | Line 2.2 | |
| M&T Bank<br>Attention: General Counsel<br>One M&T Plaza<br>Buffalo, NY 14203 | Line 2.8 | |
| M&T Bank<br>Attention: General Counsel<br>One M&T Plaza<br>Buffalo, NY 14203 | Line 2.9 | |
| M&T Bank<br>Attention: General Counsel<br>One M&T Plaza<br>Buffalo, NY 14203 | Line 2.10 | |
| Mark Magnozzi, Esq.<br>23 Green Street, Suite 302<br>Huntington, NY 11743 | Line 2.3 | |
| Michael D. Nord, Esq.<br>Gebhardt & Smith<br>One South Street, Suite 2200<br>Baltimore, MD 21202 | Line 2.8 | |
| Michael D. Nord, Esq.<br>Gebhardt & Smith<br>One South Street, Suite 2200<br>Baltimore, MD 21202 | Line 2.9 | |
| Michael D. Nord, Esq.<br>Gebhardt & Smith<br>One South Street, Suite 2200<br>Baltimore, MD 21202 | Line 2.10 | |
| Natalia Thomas, Esq.<br>The Rubin Law Firm<br>90 Broad St, 16th Floor<br>New York, NY 10004-2205 | Line 2.13 | |
| U.S. Attorney for E.D. Va.<br>2100 Jamieson Ave.<br>Alexandria, VA 22314 | Line 2.8 | |
| U.S. Attorney for E.D. Va.<br>2100 Jamieson Ave.<br>Alexandria, VA 22314 | Line 2.9 | |
| US Small Business Admin.<br>District Director<br>400 N. 8th Street, Ste. 1150<br>Richmond, VA 23219 | Line 2.8 | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Marion Construction LLC** | Case number (if know) | |
| | Name | | |

**US Small Business Admin.**
**District Director**                                    Line    **2.9**
**400 N. 8th Street, Ste. 1150**
**Richmond, VA 23219**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Marion Construction LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|
|  | **1101 CT Property Owner, LLC**<br>**1101 Connecticut Ave, N.W.**<br>**Washington, DC 20036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Construction contract__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.50** |
|---|---|---|---|
|  | **A Touch of Glass, Inc.**<br>**15005 Farm Creek Drive**<br>**Suite 112**<br>**Woodbridge, VA 22191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Business debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,460.00** |
|---|---|---|---|
|  | **A&R Mechanical Inc.**<br>**522 Cranford Road**<br>**Baltimore, MD 21221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Business debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,633.18** |
|---|---|---|---|
|  | **ABAL Material Handling, Inc.**<br>**1401 Plantation Road, NE**<br>**Roanoke, VA 24022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Business debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| Debtor | Marion Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,459.00 |
|---|---|---|---|

**ABCO Plumbing LLC**
**8455 Tyco Road**
**Suite Q**
**Vienn, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $878.64 |
|---|---|---|---|

**ACE Temporaries Inc.**
**PO Box 13188**
**Milwaukee, WI 53213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**ACM Services, Inc.**
**12022 Parklawn Drive**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208,261.80 |
|---|---|---|---|

**Acme Mechanical Contractors**
**8580 Virginia Meadows Drive**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,624.00 |
|---|---|---|---|

**Advantage Flooring, Inc.**
**7240 Standard Drive**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,283.19 |
|---|---|---|---|

**Aerotek, Inc.**
**PO Box 198531**
**Atlanta, GA 20384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,433.43 |
|---|---|---|---|

**Aggregate Transportation Corp**
**PO Box 18**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Marion Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**AHC Golf Committee**
**4920 Strathmore Avenue**
**Kensington, MD 20895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,360.00 |
|---|---|---|---|

**AIM Mechanical**
**23475 Rock Haven Way**
**Unit 115**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.38 |
|---|---|---|---|

**Alamo Building Specialties**
**18985 Marbach Lane**
**San Antonio, TX 78247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,001.50 |
|---|---|---|---|

**All Star Flooring, Inc.**
**10742 Tucker Street**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,369.00 |
|---|---|---|---|

**Allstate Striping & Sealing**
**8415 Zug Road**
**Bowie, MD 20715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329,542.60 |
|---|---|---|---|

**Alvarez Brothers Company, Inc.**
**13879 Andorra Drive**
**Woodbridge, VA 22193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,089.00 |
|---|---|---|---|

**American Countertop Co.**
**7255-D Standard Drive**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Marion Construction LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**

**American Direct Procurement**
**11000 Lakeview Avenue**
**Lenexa, TX 66219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,950.63**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**American Star Painting**
**201 Mitchells Lane**
**Merietta, OH 45750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,098.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**AMF Walls & Ceilings, LLC**
**PO Box 1939**
**Asburn, VA 20146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,520.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Apro Enterprises, Inc.**
**8681 Cherry Lane**
**Laurel, MD 20707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,747.60**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Arch De-Construction, Inc**
**5300 Holmes Run Parkway**
**Suite 1407**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,277.30**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Architecture, Inc.**
**1902 Campus Commons Drive**
**Suite 101**
**Reston, VA 20191**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Ark Telecom**
**PO Box 650531**
**Sterling, VA 20165**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$410.26**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Marion Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Artex**
**8712 Jericho City Drive**
**Landover, MD 20785**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,240.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Asbestos Specialists, Inc.**
**PO Box 368**
**Linthicum Hts, MD 21090**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,660.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Atlantic Constructors, Inc.**
**6550 Commonwealth Drive**
**Roanoke, VA 24018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$395,563.28**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Atlantic Sun Control, Inc.**
**8621 Quarry Road**
**Manassas, VA 20110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,141.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**B.W.Hovermill Co., Inc.**
**1321 Mercedes Drive**
**Suite O**
**Hanover, MD 21076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,700.00**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Baltimore Door & Frame Company**
**PO Box 7370**
**2201 Halethorpe Fms Rd**
**Baltimore, MD 21227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,961.24**

---

**3.32**

**Nonpriority creditor's name and mailing address**

**Baytex Glass**
**4529 Brittmoore Road**
**Houston, TX 77041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,793.50**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Marion Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,050.00**

**Beltway Cleaning Services DC**
2634 12th St. NE
Washington, DC 20018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,979.80**

**Benchmark LTD.**
8240 Beachwood Rd.
Baltimore, MD 21222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,636.00**

**Best Cabinets Co., Inc.**
22500 Davis Drive
Unit 150
Sterling, VA 20164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,842.61**

**Blue Book Building & Constuct**
PO Box 500
Jeff. Valley, NY 10535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,359.75**

**Blue Ridge Masonry**
9411 Wall Street
Manassas, VA 20110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,522.09**

**Bogan & Associates Elect Contr.**
7609 Airpark Road
Gaithersburg, MD 20879

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$283,100.00**

**Branch Civil, Inc.**
442 Rutherford Ave NE
Roanoke, VA 24016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Marion Construction LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.40** Nonpriority creditor's name and mailing address

**Brantleigh Services**
**12135 Brantleigh Place**
**Fairfax Station, VA 22039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,205.00**

---

**3.41** Nonpriority creditor's name and mailing address

**Brien A. Miller Painting Co..**
**450 Nelms Circle**
**Suit 103**
**Fredericksburg, VA 22406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,500.00**

---

**3.42** Nonpriority creditor's name and mailing address

**Brunswick Woodworking Co..**
**9639 Doctor Perry Road**
**Suit 119N**
**Ijamsville, MD 21754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,136.60**

---

**3.43** Nonpriority creditor's name and mailing address

**Bryant Construction, Inc.**
**353 Poplar Road**
**Falmouth, VA 22406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$883.14**

---

**3.44** Nonpriority creditor's name and mailing address

**Bryant Construction, Inc.**
**353 Poplar Road**
**Falmouth, VA 22406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,200.00**

---

**3.45** Nonpriority creditor's name and mailing address

**Cameron Concrete Scanning, LLC**
**12500 Washington Avenue**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$435.00**

---

**3.46** Nonpriority creditor's name and mailing address

**Capital Electric & Bogan & Assoc**
**PO Box 404749**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,485.59**

---

| Debtor | Marion Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,294.11 |
|---|---|---|---|

**Capitol Building Supply**
**Department #34792**
**Alexandria, VA 22334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.83 |
|---|---|---|---|

**Capitol Document Solutions**
**12115 Parklawn Drive**
**Suit L**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,920.00 |
|---|---|---|---|

**Capitol Floor Preparations**
**7400 Philadelphia Road**
**Baltimore, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,906.80 |
|---|---|---|---|

**Capitol Greenroofs, L.L.C.**
**5806 9th Road**
**Arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,874.36 |
|---|---|---|---|

**Cavalier Fire Protection Inc.**
**17865 Fraley Blvd.**
**Dumfries, VA 22026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,054.18 |
|---|---|---|---|

**Cedar Lane LLC**
**5923 Deale Beach Road**
**Deale, MD 20751**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,626.00 |
|---|---|---|---|

**Celtic Flooring**
**9208 A-1 Venture Court**
**Manassas Park, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Marion Construction LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,323.65 |
|---|---|---|---|

**CenterPoint Energy**
**4700 S. Shaver, Bldg.**
**Building I**
**Houston, TX 77034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,769.00 |
|---|---|---|---|

**Central Glass and Mirror**
**PO Box 351**
**Herndon, VA 20172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,505.73 |
|---|---|---|---|

**Champion Floors Inc.**
**25711 Creekside Cove**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,094.00 |
|---|---|---|---|

**Chesapeake Bay Mech. Contract.**
**1517 Technology Drive**
**Suite 102**
**Chesapeake, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,367.50 |
|---|---|---|---|

**Chesapeake Flooring**
**1246 Harbur Glen Court**
**Arnold, MD 21012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Clark Nexsen Construction**
**4525 Main Street, Suite 1400**
**Virginia Beach, VA 23462**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Co-obligor on bond**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,846.30 |
|---|---|---|---|

**Clevenger Interiors, LLC**
**10718 Tucker Street**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Marion Construction LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Coast 2 Coast Epoxy Flooring**
8 Linden Street
Rockland, MA 02370

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,386.00**

**Commonwealth Blinds & Shades**
8529 Meadowbridge Road
Suit 500
Mechanicsville, VA 23116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,762.54**

**Complete Mechanical Services**
1803 Margaret Avenue
Annapolis, MD 21401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Construction Consulting Svcs**
35 Greenvale Creek Road
Lancaster, VA 22503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$583.78**

**County of Fairfax**
PO Box 10202
Fairfax, VA 22035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,085.85**

**Cox Business**
PO Box 78000
Detroit, MI 48278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$283.07**

**Creative Document Imaging Inc.**
13185 Tory Loop
Woodbridge, VA 22192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Marion Construction LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Creteform Construction**
**8501 Wellington Road**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.71 |
|---|---|---|---|

**CSC**
**251 Little Falls Drive**
**Wilminton, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,820.00 |
|---|---|---|---|

**Custer's Custom Painting Svcs**
**328 Bullitt Avenue SE**
**Roanoke, VA 24013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,875.40 |
|---|---|---|---|

**D&H Demolition, LLC**
**889 Airport Park Road**
**Suit C**
**Glen Burnie, MD 21061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**D&T Polishing, LLC.**
**7406 Robin Road**
**LaPlata, MD 20646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,731.10 |
|---|---|---|---|

**D. Jarmer Flooring LLC**
**180 Penrod Court**
**Suite K**
**Burnie, MD 21061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,309.46 |
|---|---|---|---|

**Dad's Discount Appliance Distrib**
**6636 Virginia Manor Road**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Marion Construction LLC**                                        Case number (if known)
Name

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,421.45** |
|------|------|------|------|

**Dafore, LLC**
**24 Synan Road**
**Suite 107**
**Fredricksburg, VA 22405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,355.00** |
|------|------|------|------|

**Darco Companies LLC**
**10421 Motor City Drive**
**Bethesda, MD 20827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$295.00** |
|------|------|------|------|

**Davenport Commerical**
**7477 Mason King Court**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$550.10** |
|------|------|------|------|

**DC Construction/Sprinklers LLC**
**16585 Bell Road**
**Millfield, OH 45761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,800.00** |
|------|------|------|------|

**Demian Wilbur Architects**
**740 7th Street SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$248.98** |
|------|------|------|------|

**DeRock Electric Company**
**PO Box 359**
**Boiling Springs, PA 17007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,100.00** |
|------|------|------|------|

**Direct Path Corporation**
**881 South Pickett Street**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Marion Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,873.20**

**Domco Mechanical Inc.**
**9590 Lynn Bluff Court**
**Unit 3**
**Laurel, MD 20723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,249.28**

**Dominion Electric Supply Co.**
**4080 Westfax Drive**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168.00**

**Dominion Virginia Power**
**PO Box 26543**
**Richmond, VA 23290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,490.00**

**Doozer Enterprise LLC**
**8805 Marshall Corner Road**
**Pomfret, MD 20675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142,282.47**

**Doval Construction**
**3603 40th Avenue**
**Brentwood, MD 20722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,119.00**

**E & C Painting**
**122 Max Court SE**
**Leesburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,279.10**

**E and F Landscaping LLC**
**12402 Crestwood Avenue South**
**Brandywine, MD 20613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Marion Construction LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.89**

**Nonpriority creditor's name and mailing address**

**E.P.S Cleaning Services**
**10111 M.L. King Jr. Hwy**
**Bowie, MD 20720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Easter's Lock & Security**
**1713 E. Joppa Road**
**Baltimore, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,921.24**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Eastern Sales & Engineering**
**6102 Falls Road**
**Baltimore, MD 21209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$107,269.14**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**EEC Excavation Inc.**
**728 New Pittsburg Avenue**
**Baltimore, MD 21222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,985.84**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Elkins Painting & Wallcovering**
**111-B Carpenter Drive**
**Sterling, VA 20164**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$29,667.90**

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Environmental Alternatives**
**24024 Frederick Road**
**Clarksburg, MD 20871**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,649.77**

---

**3.95**

**Nonpriority creditor's name and mailing address**

**EnviroSolutions NOVA Dist.**
**PO Box 554041**
**Detroit, MI 48255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$531.00**

---

| Debtor | **Marion Construction LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,600.00 |
|---|---|---|---|

**Envision Glass Company**
9104 Manassas Drive
Unit R
Manassas Park, VA 20111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|

**Ernie Smith & Sons Roofing**
19422 Highway 6
Suite B
Manvel, TX 77578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,085.00 |
|---|---|---|---|

**Evans Consoles Incorporated**
1577 Spring Hill Road
Suite 450
Vienna, VA 22182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,972.00 |
|---|---|---|---|

**Executive Glass Services, Inc.**
105 Executive Drive
Suite 210
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.71 |
|---|---|---|---|

**Fairfax Water**
8570 Executive Park Avenue
Fairfax, VA 22031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,144.00 |
|---|---|---|---|

**Fairfax Woodworking, Inc.**
12042 Cadet Court
Manassas, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,620.00 |
|---|---|---|---|

**Federal Painting, Inc.**
45915 Maries Road
Suite 132
Dulles, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Marion Construction LLC | Case number (if known) | |
|--------|-------------------------|------------------------|--|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,389.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Fidelity Mechanical**
20700 Loudoun County Parkway
Suite 140
Ashburn, VA 20147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135,403.20 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Finley Asphalt & Sealing, Inc.**
PO Box 1710
Manassas, VA 20108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,100.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Fire & Life Safety America**
4230 Lafayette Center Drive
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,838.60 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**First State Fabricators, LLC.**
PO Box 763
Laurel, DE 19956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,625.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Freedom Fire Protection LLC**
3510 Mountain Road
Haymarket, VA 20169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,202.19 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Freedom Mechanical Inc.**
520 Central Drive
Suite 101
Virginia Beach, VA 23454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106,573.75 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Full Service Glass**
9077 Liberia Avenue
Manassas, VA 20110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Marion Construction LLC**                                          Case number *(if known)* _____

Name _____

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,379.00** |
|---|---|---|---|

**Glass Concepts, INC.**
**5306 Kings Court**
**Frederick, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,876.50** |
|---|---|---|---|

**Gordon L. Jernigan, Sr., Inc**
**8799 Hickory Hill**
**Walkersville, MD 21793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,478.80** |
|---|---|---|---|

**GWU Construction, Inc.**
**11015 Byrd Drive**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$355,459.00** |
|---|---|---|---|

**Habco Electrical Group, Inc.**
**2144 Priest Bridge Court**
**Suite 8**
**Crofton, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,146.07** |
|---|---|---|---|

**Harbor Roofing**
**2138 Priest Bridge Court**
**Suite 1**
**Crofton, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,320.00** |
|---|---|---|---|

**Hittite Steel**
**45034 Underwood Lane**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,772.78** |
|---|---|---|---|

**Hittle Electric Corporation**
**2144 Priest Bridge Court**
**Suite 8**
**Crofton, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Marion Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,775.00 |
|---|---|---|---|

**Home Deco Plus**
**4816 Dodson Drive**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,245.25 |
|---|---|---|---|

**Huddles & Jones, P.C.**
**10211 Wincopin Circle**
**Suite 200**
**Columbia, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,661.00 |
|---|---|---|---|

**HVAC Tech Solution LLC**
**315 N Thomas Street**
**Apt 1**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**IBTS**
**45207 Research Place**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,950.00 |
|---|---|---|---|

**Install USA**
**1284 North West Avenue**
**Blackstone, VA 23824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,405.00 |
|---|---|---|---|

**Insurance Associates Agency**
**10201 Fairfax Blvd.**
**Suite 500**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,804.30 |
|---|---|---|---|

**Interior Building Systems Corp**
**8501 Buckeye Timber Drive**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Marion Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,000.00**

**Intuit**
**2700 Coast Ave.**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,839.11**

**J.E. Richards, Inc.**
**10401 Tucker Street**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,717.33**

**J.W.B. Contractors L.L.C.**
**4936 Stepp Place**
**Dublin, VA 24084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,342.00**

**JC Floorcovering Co., Inc.**
**30 Manning Road**
**Billerica, MA 01821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,480.00**

**JC Home Improvements, LLC**
**PO Box 60**
**Merrifield, VA 22116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191.50**

**JD Miles & Sons, Inc.**
**210 "B" Street / P.O. Box 5008**
**Chesapeake, VA 23324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,717.56**

**JDC Plumbing**
**10008 Brandon Way**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Marion Construction LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,775.50 |
|---|---|---|---|

**Jdrestoration LLC**
**6112 Scotch Drive**
**Alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,978.00 |
|---|---|---|---|

**John H. Hampshire, Inc.**
**320 West 24th Street**
**Baltimore, MD 21211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,010.00 |
|---|---|---|---|

**Johnson Roofing Systems Inc.**
**230 Industrial Drive**
**Suite U**
**Fredericksburg, VA 22408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44,979.00 |
|---|---|---|---|

**K.O. Stone, Inc**
**210 A. New Boston Street**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,395.80 |
|---|---|---|---|

**Kelly Associates**
**PO Box 418926**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,615.76 |
|---|---|---|---|

**King Carpentry Inc.**
**741 Miller Drive**
**Suite F2**
**Leesburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,394.96 |
|---|---|---|---|

**L&M Printing, Inc.**
**2810-D Dorr Avenue**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Marion Construction LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.138**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|
| **Loanme Inc.**<br>**1900 S. State College Blvd**<br>**Suite 300**<br>**Anaheim, CA 92806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Business loan__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.139**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,054.00** |
|---|---|---|
| **M & T Bank**<br>**133 South Washington Street**<br>**Falls Church, VA 22046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Credit card__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.140**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,326.74** |
|---|---|---|
| **M-K Contracting, LLC.**<br>**6905 Fern Lane**<br>**Annandale, VA 22003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.141**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,161.30** |
|---|---|---|
| **Martinez Construction Roanoke**<br>**160 Frontier Road**<br>**Roanoke, VA 24012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.142**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,500.00** |
|---|---|---|
| **McClary Tile, Inc.**<br>**5918 Farrington Avenue**<br>**Alexandria, VA 22304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.143**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$955.00** |
|---|---|---|
| **McGriff Insurance Services**<br>**PO Box 890635**<br>**Charlotte, NC 28289** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.144**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,102.63** |
|---|---|---|
| **McHenry Project Consultants**<br>**1128 E. Fort  Avenue**<br>**Baltimore, MD 21230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Marion Construction LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,645.00**

**MDZA Flooring Services**
**7842 Martin Wood Lane**
**Houston, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,261.70**

**Mercer Glass & Mirror**
**117 N. 2nd Street**
**Princeton, WV 24740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$409.80**

**Metro Masonry Inc.**
**9650 Santiago Road**
**Suite 103**
**Columbia, MD 21045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,360.00**

**Metro Partitions & Specialities**
**5018 46th Avenue**
**Hyattsville, MD 20781**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,700.00**

**Metropolitan Rolling Door**
**9620 Gerwig Lane**
**Columbia, MD 21046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$468,518.39**

**David Michaelson**
**1005 Vineyard Path Road**
**Barboursville, VA 22923**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Deferred purchase money**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,522.31**

**Mid Atlantic Diversified Construct**
**8310 Edgewood Church Road**
**Frederick, MD 21702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Marion Construction LLC**
_____          Case number *(if known)* _____
         Name

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,549.50** |
|---|---|---|---|

**Miles & Stockbridge PC**
**100 Light Street**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$966.00** |
|---|---|---|---|

**Mobile Mini I, Inc.**
**PO Box 79149**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Mona Electric Group**
**7915 Malcolm Road**
**Clinton, MD 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,655.00** |
|---|---|---|---|

**Morris & Ritchie Associates**
**3445-A Box Hill Corp Ctr Dr**
**Abingdon, MD 21009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Navy Federal Credit Union**
**Attn:  Scott Cooper**
**P.O. Box 3000**
**Merrifield, VA 22119-3000**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Construction contract__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,313.00** |
|---|---|---|---|

**New ERA Custom Design**
**270 Interstate Circle**
**Frederick, MD 21704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,861.90** |
|---|---|---|---|

**NorthStar Fire Protection**
**21530 Blackwood Court**
**Suite 150**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Marion Construction LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,120.00**

**Norwood Marble and Granite**
**3400 Windom Road**
**Brentwood, MD 20722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,055.04**

**Nova Electrical Contractors**
**16307 Alderwood Lane**
**Bowie, MD 20716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,015.13**

**Omega Concrete Services**
**7618 Centreville Road**
**Manassas, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,160.00**

**Otis Elevator Company**
**PO Box 13716**
**Newark, NJ 07188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,985.00**

**Overhead Door Company**
**6841 Distribution Drive**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$758.23**

**Pac-Van**
**75 Remittance Drive**
**Suite 3300**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,567.25**

**Pacesetter Personnel Services**
**PO Box 2324**
**Houston, TX 77252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Marion Construction LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.166** | **Nonpriority creditor's name and mailing address**

**Palm Facility Services, LLC**
**10401 Connecticut Avenue**
**Suite 100**
**Kensington, MD 20895**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

$5,579.00

---

**3.167** | **Nonpriority creditor's name and mailing address**

**Paragon Casework**
**4150 Lafeyette Center Drive**
**Chantilly, VA 20151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

$8,393.50

---

**3.168** | **Nonpriority creditor's name and mailing address**

**Partition Plus, Inc.**
**PO Box 8**
**Fallston, MD 21047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

$64,905.10

---

**3.169** | **Nonpriority creditor's name and mailing address**

**Phoenix Fire Protection, Inc.**
**7901 Penn Randall Place**
**Marlboro, MD 20772**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

$13,488.50

---

**3.170** | **Nonpriority creditor's name and mailing address**

**Poole Mechanical Corporation**
**3419 Kings Retreat Court**
**Davidsonville, MD 21035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

$14,373.00

---

**3.171** | **Nonpriority creditor's name and mailing address**

**Potomac Valley Brick**
**15810 Indianola Drive**
**Suite 100**
**Rockville, MD 20855**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

$33,291.40

---

**3.172** | **Nonpriority creditor's name and mailing address**

**Power Services Incorporated**
**5800 Woodcliff Road**
**Suite 108**
**Bowie, MD 20720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset?  ■ No  ☐ Yes

$26,910.70

---

| Debtor | **Marion Construction LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address**<br>**Power Solutions, LLC**<br>**17201 Melford Blvd.**<br>**Suites A-K**<br>**Bowie, MD 20715**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35,273.25** |

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address**<br>**Precision Doors & Hardware**<br>**6295-80 Edsall Road**<br>**Alexandria, VA 22312**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$197,962.22** |

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address**<br>**Precision Roof Crafters, Inc.**<br>**3919 Jeannetta Drive**<br>**Houston, TX 77063**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,914.80** |

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address**<br>**Precision Sheet Metal, Inc.**<br>**3200 S Cape Henry Avenue**<br>**Norfolk, VA 23504**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,417.04** |

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address**<br>**Pronto Rooter Inc.**<br>**6645 Poss Road**<br>**San Antonia, TX 78238**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$514.19** |

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address**<br>**R & R Fabrication, Inc.**<br>**170 Schooner Lane**<br>**Frederick, MD 20678**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,029.30** |

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address**<br>**Ramco**<br>**3900 Jermantown Road**<br>**Suite 300**<br>**Fairfax, VA 22030**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,700.00** |

| Debtor | **Marion Construction LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,145.00** |
|---|---|---|---|

**Raven Air Conditioning & Htg**
**14023 S. Post Oak**
**Suite C-8**
**Houston, TX 77045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,344.76** |
|---|---|---|---|

**Rebar Solutions**
**3028 John Wayland Highway**
**Dayton, VA 22821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,113.90** |
|---|---|---|---|

**Rely-On Decorators, Inc.**
**111-K Carpenter Drive**
**Sterling, VA 20164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,320.00** |
|---|---|---|---|

**Retirement, L.L.C.**
**13838 Quail Pointe Drive**
**Suite B**
**Oklahoma City, OK 73134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,767.00** |
|---|---|---|---|

**RGR Contracting,LLC**
**PO Box 1515**
**Hillsville, VA 24343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$526.88** |
|---|---|---|---|

**Rising Data Texas, LLC.**
**801 E. Campbell Road**
**Suite 2115**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,938.00** |
|---|---|---|---|

**Robey Stucco**
**1634 Old Westminster Pike**
**Westminster, MD 21157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Marion Construction LLC**
_____      Case number (if known) _____
Name

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,283.00** |
|---|---|---|---|

**Roll-A-Shade**
**12101 Madera Way**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,421.00** |
|---|---|---|---|

**RST Mechanical**
**390 Sunwood Terrace**
**Annapolis, MD 21409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$481.30** |
|---|---|---|---|

**San Antonio Water System**
**PO Box 2990**
**San Antonio, TX 78299**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,224.00** |
|---|---|---|---|

**Scan-Core (Timothy Fenwick)**
**4210 Amelia Drive**
**Fredericksburg, VA 22408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,258.70** |
|---|---|---|---|

**Score Drywall, Inc.**
**PO Box 1249**
**Middletown, MD 21769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**SDAC Facility Services, LLC**
**15938 Derwood Road**
**Derwood, MD 20855**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Construction contract, National Credit Union Administration**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,974.20** |
|---|---|---|---|

**Shepherd Electric Supply**
**7401 Pulaski Highway**
**Baltimore, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Marion Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Sing Core**
PO Box 1691
McCleary, WA 98557

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,559.89 |
|---|---|---|---|

**Single Point Construction LLC**
3729 Brightseat Road
Landover, MD 20785

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,610.14 |
|---|---|---|---|

**Skyline Door & Hardware**
1875 Dillard Drive
Salem, VA 24153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,340.00 |
|---|---|---|---|

**Slavens Plumbing**
2951 Ashdown Forest Drive
Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,580.51 |
|---|---|---|---|

**Staples Advantage**
PO Box 405386
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,930.05 |
|---|---|---|---|

**Structural Concepts/Components**
1284 North West Avenue
Blackstone, VA 23824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,190.73 |
|---|---|---|---|

**Summit Construction, Inc.**
5431 Yukon Court
Suite A
Frederick, MD 21703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Marion Construction LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,136.55** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.60** |
|---|---|---|---|

**Surfaces by Barrows**
**1302 Rockland Avenue, NW**
**Roanoke, VA 24012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,590.91** |
|---|---|---|---|

**T & D Plumbing, Inc.**
**1628 Sulphur Spring Road**
**Halethorpe, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$944.00** |
|---|---|---|---|

**Temple Builders**
**5828 Tonwley Avenue**
**Norfolk, VA 23518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,082.50** |
|---|---|---|---|

**Texas Star Surveying**
**15502 Old Galveston Road**
**Suite 706**
**Webster, TX 77598**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Texas State Comptroller**
**PO Box 149359**
**Austin, TX 78714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,605.00** |
|---|---|---|---|

**Thomas A. Carcaterra**
**1375 Piccard Drive**
**Suite 230**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Marion Construction LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.208** | **Nonpriority creditor's name and mailing address**

**Thrifty Iron Works, Inc.**
**5627 Lafayette Place**
**Hyattsville, MD 20781**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$26,438.00**

---

**3.209** | **Nonpriority creditor's name and mailing address**

**Total Electric, Inc.**
**16000 Trade Zone Avenue**
**Suite 303**
**Upper Marlboro, MD 20774**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$7,325.75**

---

**3.210** | **Nonpriority creditor's name and mailing address**

**Travelers Casualty & Surety**
**One Tower Square**
**Hartford, CT 06183**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Construction bonds**

Is the claim subject to offset? ☐ No  ☐ Yes

**Undetermined**

---

**3.211** | **Nonpriority creditor's name and mailing address**

**Trinity Building Services**
**PO Box 1330**
**Annandale, VA 22003**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,350.00**

---

**3.212** | **Nonpriority creditor's name and mailing address**

**Trisource Contracting, LLC**
**PO Box 1357**
**Sykesville, MD 21784**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$14,062.25**

---

**3.213** | **Nonpriority creditor's name and mailing address**

**Tysons Carpet Inc.**
**22900 Shaw Road**
**Unit 125**
**Sterling, VA 20166**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$27,231.00**

---

**3.214** | **Nonpriority creditor's name and mailing address**

**United Site Services**
**PO Box 5502**
**Binghamton, NY 13902**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$920.75**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Marion Construction LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,603.63** |
|---|---|---|---|

**Virginia Casework Corporation**
**3436 Sleepy Hollow Road**
**Falls Church, VA 22044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,614.90** |
|---|---|---|---|

**Virginia Sprinkler Company VSC**
**7708 Fullerton Road**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**W Group Construction**
**9926 Main Street**
**#200**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**W. A. Hamilton Co, Inc.**
**10227 Southard Drive**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Ward Pest Control, Inc.**
**12240 Indian Creek Court**
**Suite 140**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,034.00** |
|---|---|---|---|

**Whipco Services Inc, DBA CertaPro**
**102 Crossfox Circle**
**Catonsville, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$822.00** |
|---|---|---|---|

**Wilcox Caulking Corporation**
**PO Box 208**
**Lorton, VA 22199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Marion Construction LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,520.76 |
|---|---|---|---|

**Wittenbach Business Systems**
**100 Sparks Valley Road**
**Suite B**
**Glencoe, MD 21152**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jed Donaldson, Esq.**<br>**Vandeventer Black LLP**<br>**901 E. Byrd Street, Suite 1600**<br>**Richmond, VA 23219** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Glenn C. Etelson, Esq.**<br>**Shulman Rogers**<br>**12505 Park Potomac Ave. 6th Fl**<br>**Potomac, MD 20854** | Line **3.192**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Juanita F. Ferguson, Esq.**<br>**Bean Kinney & Korman, P.C.**<br>**2311 Wilson Blvd., Ste. 500**<br>**Arlington, VA 22201** | Line **3.191**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Mark A. Kirkorsky, Esq.**<br>**P.O. Box 25287**<br>**Tempe, AZ 85285** | Line **3.193**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Michael D. Nord, Esq.**<br>**Gebhardt & Smith**<br>**One South Street, Suite 2200**<br>**Baltimore, MD 21202** | Line **3.139**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Paul Schrader, Esq.**<br>**Fullerton & Knowles**<br>**12642 Chapel Road**<br>**Clifton, VA 20124** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Christopher M. Sweeney, Esq.**<br>**Peckar & Abramson, P.C.**<br>**2055 L Street, N.W. #750**<br>**Washington, DC 20036** | Line **3.125**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Eric S. Waldman, Esq.**<br>**4100 Monument Corner Dr. #420**<br>**Fairfax, VA 22030** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Radwa Waly**<br>**Nova Electrical Contractors**<br>**5645 Gen. Wash. Drive #M**<br>**Alexandria, VA 22312** | Line **3.160**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

Debtor     **Marion Construction LLC**
           Name

Case number (if known) _____

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,005,459.70 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 6,005,459.70 |

**Fill in this information to identify the case:**

Debtor name    **Marion Construction LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of Mercedes-Benz S-550; Debtor is lessee** |
| State the term remaining | **Approx. 7 mos.** |
| List the contract number of any government contract | **Mercedes-Benz Financial Svcs<br>PO Box 685<br>Roanoke, TX 76262** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for office space; Debtor is lessee.** |
| State the term remaining | **7/1/19** |
| List the contract number of any government contract | **David Michaelson<br>1005 Vineyard Path Road<br>Barboursville, VA 22923** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Marion Construction LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Clark Nexsen Construction** | **4525 Main Street, Suite 1400 Virginia Beach, VA 23462** | **Travelers Casualty & Surety** | ☐ D _____ ■ E/F __3.210__ ☐ G _____ |
| 2.2 **Michael & Deborah Raine** | **43706 Burning Sands Terrace Leesburg, VA 20176** | **M & T Bank** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Michael & Deborah Raine** | **43706 Burning Sands Terrace Leesburg, VA 20176** | **M & T Bank** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Michael & Deborah Raine** | **43706 Burning Sands Terrace Leesburg, VA 20176** | **M & T Bank** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.5 **Michael & Deborah Raine** | **43706 Burning Sands Terrace Leesburg, VA 20176** | **Addy Source** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Marion Construction LLC** | | Case number *(if known)* | |

| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Michael & Deborah Raine** | 43706 Burning Sands Terrace Leesburg, VA 20176 | **Fox Capital Group** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 **Michael & Deborah Raine** | 43706 Burning Sands Terrace Leesburg, VA 20176 | **Union Funding Source** | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 **Michael & Deborah Raine** | 43706 Burning Sands Terrace Leesburg, VA 20176 | **Web Bank / CAN Capital** | ■ D __2.13__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 **Michael & Deborah Raine** | 43706 Burning Sands Terrace Leesburg, VA 20176 | **6th Avenue Capital** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 **Michael & Deborah Raine** | 43706 Burning Sands Terrace Leesburg, VA 20176 | **Expansion Capital** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 **Michael & Deborah Raine** | 43706 Burning Sands Terrace Leesburg, VA 20176 | **Capitol Building Supply** | ☐ D ____<br>■ E/F __3.47__<br>☐ G ____ |
| 2.12 **Sammy and Maxine, LLC** | 43706 Burning Sands Terrace Leesburg, VA 20176 | **M & T Bank** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 **StarCorpUSA, Ltd.** | 43706 Burning Sands Terrace Leesburg, VA 20176 | **M & T Bank** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |

# United States Bankruptcy Court
### Eastern District of Virginia

In re    __Marion Construction LLC_____    Case No. _____
                                    Debtor(s)    Chapter    **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly fees** |
| Prior to the filing of this statement I have received | $ | **30,000.00** |
| Balance Due | $ | **Undetermined** |

2.    $__**335.00**___ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor        ☑ Other *(specify)*        **Debtor and Debtor's principal, Michael Raine**

4.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other *(specify)*

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    Other provisions as needed:

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 13, 2019** | **/s/ David E. Lynn** |
| *Date* | **David E. Lynn VSB#90409** |
| | *Signature of Attorney* |
| | |
| | **David E. Lynn, P.C.** |
| | *Name of Law Firm* |
| | **15245 Shady Grove Road, Suite 465 N** |
| | **Rockville, MD 20850** |
| | **301-255-0100** |

---

*For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,296</u>*
*<u>(For all Cases Filed on or after 01/01/2019)</u>*

### NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
### CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| *Date* | *Signature of Attorney* |

1101 CT Property Owner, LLC
1101 Connecticut Ave, N.W.
Washington, DC 20036

.

Advantage Flooring, Inc.
7240 Standard Drive
Hanover, MD 21076

American Direct Procurement
11000 Lakeview Avenue
Lenexa, TX 66219

6th Avenue Capital
420 Lexington Avenue
New York, NY 10170

Aerotek, Inc.
PO Box 198531
Atlanta, GA 20384

American Star Painting
201 Mitchells Lane
Merietta, OH 45750

A Touch of Glass, Inc.
15005 Farm Creek Drive
Suite 112
Woodbridge, VA 22191

Aggregate Transportation Corp
PO Box 18
Hanover, MD 21076

AMF Walls & Ceilings, LLC
PO Box 1939
Asburn, VA 20146

A&R Mechanical Inc.
522 Cranford Road
Baltimore, MD 21221

AHC Golf Committee
4920 Strathmore Avenue
Kensington, MD 20895

Apro Enterprises, Inc.
8681 Cherry Lane
Laurel, MD 20707

ABAL Material Handling, Inc.
1401 Plantation Road, NE
Roanoke, VA 24022

AIM Mechanical
23475 Rock Haven Way
Unit 115
Sterling, VA 20166

Arch De-Construction, Inc
5300 Holmes Run Parkway
Suite 1407
Alexandria, VA 22304

ABCO Plumbing LLC
8455 Tyco Road
Suite Q
Vienn, VA 22182

Alamo Building Specialties
18985 Marbach Lane
San Antonio, TX 78247

Architecture, Inc.
1902 Campus Commons Drive
Suite 101
Reston, VA 20191

ACE Temporaries Inc.
PO Box 13188
Milwaukee, WI 53213

All Star Flooring, Inc.
10742 Tucker Street
Beltsville, MD 20705

Ark Telecom
PO Box 650531
Sterling, VA 20165

ACM Services, Inc.
12022 Parklawn Drive
Rockville, MD 20852

Allstate Striping & Sealing
8415 Zug Road
Bowie, MD 20715

Artex
8712 Jericho City Drive
Landover, MD 20785

Acme Mechanical Contractors
8580 Virginia Meadows Drive
Manassas, VA 20109

Alvarez Brothers Company, Inc.
13879 Andorra Drive
Woodbridge, VA 22193

Asbestos Specialists, Inc.
PO Box 368
Linthicum Hts, MD 21090

Addy Source
2361 Nostrand Avenue
Suite 501
Brooklyn, NY 11210

American Countertop Co.
7255-D Standard Drive
Hanover, MD 21076

Atlantic Constructors, Inc.
6550 Commonwealth Drive
Roanoke, VA 24018

Atlantic Sun Control, Inc.
8621 Quarry Road
Manassas, VA 20110

Bogan & Associates Elect Cont.
7609 Airpark Road
Gaithersburg, MD 20879

Capitol Floor Preparations
7400 Philadelphia Road
Baltimore, MD 21237

ATX MCA Fund, LLC
835 W. 6th Street, Suite 1440
Waco, TX 76703

Branch Civil, Inc.
442 Rutherford Ave NE
Roanoke, VA 24016

Capitol Greenroofs, L.L.C.
5806 9th Road
Arlington, VA 22205

B.W.Hovermill Co., Inc.
1321 Mercedes Drive
Suite O
Hanover, MD 21076

Brantleigh Services
12135 Brantleigh Place
Fairfax Station, VA 22039

Cavalier Fire Protection Inc.
17865 Fraley Blvd.
Dumfries, VA 22026

Baltimore Door & Frame Company
PO Box 7370
2201 Halethorpe Fms Rd
Baltimore, MD 21227

Brien A. Miller Painting Co..
450 Nelms Circle
Suit 103
Fredericksburg, VA 22406

Cedar Lane LLC
5923 Deale Beach Road
Deale, MD 20751

Baytex Glass
4529 Brittmoore Road
Houston, TX 77041

Brunswick Woodworking Co..
9639 Doctor Perry Road
Suit 119N
Ijamsville, MD 21754

Celtic Flooring
9208 A-1 Venture Court
Manassas Park, VA 20111

Beltway Cleaning Services DC
2634 12th St. NE
Washington, DC 20018

Bryant Construction, Inc.
353 Poplar Road
Falmouth, VA 22406

CenterPoint Energy
4700 S. Shaver, Bldg.
Building I
Houston, TX 77034

Benchmark LTD.
8240 Beachwood Rd.
Baltimore, MD 21222

Cameron Concrete Scanning, LLC
12500 Washington Avenue
Rockville, MD 20852

Central Glass and Mirror
PO Box 351
Herndon, VA 20172

Best Cabinets Co., Inc.
22500 Davis Drive
Unit 150
Sterling, VA 20164

Capital Electric & Bogan & Assoc
PO Box 404749
Atlanta, GA 30384

Champion Floors Inc.
25711 Creekside Cove
Boerne, TX 78006

Blue Book Building & Constuct
PO Box 500
Jeff. Valley, NY 10535

Capitol Building Supply
Department #34792
Alexandria, VA 22334

Chesapeake Bay Mech. Contract.
1517 Technology Drive
Suite 102
Chesapeake, VA 23320

Blue Ridge Masonry
9411 Wall Street
Manassas, VA 20110

Capitol Document Solutions
12115 Parklawn Drive
Suit L
Rockville, MD 20852

Chesapeake Flooring
1246 Harbur Glen Court
Arnold, MD 21012

Clark Nexsen Construction
4525 Main Street, Suite 1400
Virginia Beach, VA 23462

CSC
251 Little Falls Drive
Wilminton, DE 19808

Dehnian Wilbur Architects
740 7th Street SE
Washington, DC 20003

Clevenger Interiors, LLC
10718 Tucker Street
Beltsville, MD 20705

Custer's Custom Painting Svcs
328 Bullitt Avenue SE
Roanoke, VA 24013

DeRock Electric Company
PO Box 359
Boiling Springs, PA 17007

Coast 2 Coast Epoxy Flooring
8 Linden Street
Rockland, MA 02370

D&H Demolition, LLC
889 Airport Park Road
Suit C
Glen Burnie, MD 21061

Direct Path Corporation
881 South Pickett Street
Alexandria, VA 22304

Commonwealth Blinds & Shades
8529 Meadowbridge Road
Suit 500
Mechanicsville, VA 23116

D&T Polishing, LLC.
7406 Robin Road
LaPlata, MD 20646

Domco Mechanical Inc.
9590 Lynn Bluff Court
Unit 3
Laurel, MD 20723

Complete Mechanical Services
1803 Margaret Avenue
Annapolis, MD 21401

D. Jarmer Flooring LLC
180 Penrod Court
Suite K
Burnie, MD 21061

Dominion Electric Supply Co.
4080 Westfax Drive
Chantilly, VA 20151

Construction Consulting Svcs
35 Greenvale Creek Road
Lancaster, VA 22503

Dad's Discount Appliance Distrib
6636 Virginia Manor Road
Beltsville, MD 20705

Dominion Virginia Power
PO Box 26543
Richmond, VA 23290

County of Fairfax
PO Box 10202
Fairfax, VA 22035

Dafore, LLC
24 Synan Road
Suite 107
Fredricksburg, VA 22405

Jed Donaldson, Esq.
Vandeventer Black LLP
901 E. Byrd Street, Suite 1600
Richmond, VA 23219

Cox Business
PO Box 78000
Detroit, MI 48278

Darco Companies LLC
10421 Motor City Drive
Bethesda, MD 20827

Doozer Enterprise LLC
8805 Marshall Corner Road
Pomfret, MD 20675

Creative Document Imaging Inc.
13185 Tory Loop
Woodbridge, VA 22192

Davenport Commerical
7477 Mason King Court
Manassas, VA 20109

Doval Construction
3603 40th Avenue
Brentwood, MD 20722

Creteform Construction
8501 Wellington Road
Manassas, VA 20109

DC Construction/Sprinklers LLC
16585 Bell Road
Millfield, OH 45761

E & C Painting
122 Max Court SE
Leesburg, VA 20175

E and F Landscaping LLC
12402 Crestwood Avenue South
Brandywine, MD 20613

Ernie Smith & Sons Roofing
19422 Highway 6
Suite B
Manvel, TX 77578

Finley Asphalt & Sealing, Inc.
PO Box 1710
Manassas, VA 20108


E.P.S Cleaning Services
10111 M.L. King Jr. Hwy
Bowie, MD 20720

Glenn C. Etelson, Esq.
Shulman Rogers
12505 Park Potomac Ave. 6th Fl
Potomac, MD 20854

Fire & Life Safety America
4230 Lafayette Center Drive
Chantilly, VA 20151


Easter's Lock & Security
1713 E. Joppa Road
Baltimore, MD 21234

Evans Consoles Incorporated
1577 Spring Hill Road
Suite 450
Vienna, VA 22182

First State Fabricators, LLC.
PO Box 763
Laurel, DE 19956


Eastern Sales & Engineering
6102 Falls Road
Baltimore, MD 21209

Executive Glass Services, Inc.
105 Executive Drive
Suite 210
Sterling, VA 20166

Ford Credit
P.O. Box 220564
Pittsburgh, PA 15257-2564


EEC Excavation Inc.
728 New Pittsburg Avenue
Baltimore, MD 21222

Expansion Capital
5020 Suth Broadband Lane
Suite 100
Sioux Falls, SD 57108

Fox Capital Group
17640 Bentley Drive
Morgan Hill, CA 95037


EIN Capital, Inc.
160 Pearl Street, 5th Floor
New York, NY 10005

Fairfax Water
8570 Executive Park Avenue
Fairfax, VA 22031

Freedom Fire Protection LLC
3510 Mountain Road
Haymarket, VA 20169


Elkins Painting & Wallcovering
111-B Carpenter Drive
Sterling, VA 20164

Fairfax Woodworking, Inc.
12042 Cadet Court
Manassas, VA 20109

Freedom Mechanical Inc.
520 Central Drive
Suite 101
Virginia Beach, VA 23454


Environmental Alternatives
24024 Frederick Road
Clarksburg, MD 20871

Federal Painting, Inc.
45915 Maries Road
Suite 132
Dulles, VA 20166

Full Service Glass
9077 Liberia Avenue
Manassas, VA 20110


EnviroSolutions NOVA Dist.
PO Box 554041
Detroit, MI 48255

Juanita F. Ferguson, Esq.
Bean Kinney & Korman, P.C.
2311 Wilson Blvd., Ste. 500
Arlington, VA 22201

Glass Concepts, INC.
5306 Kings Court
Frederick, MD 21703


Envision Glass Company
9104 Manassas Drive
Unit R
Manassas Park, VA 20111

Fidelity Mechanical
20700 Loudoun County Parkway
Suite 140
Ashburn, VA 20147

Gordon L. Jernigan, Sr., Inc
8799 Hickory Hill
Walkersville, MD 21793

Isaac H. Greenfield, Esq.
32 Court Street, Ste. 205
Brooklyn, NY 11201

Install USA
1284 North West Avenue
Blackstone, VA 23824

Jdrestoration LLC
6112 Scotch Drive
Alexandria, VA 22310

GWU Construction, Inc.
11015 Byrd Drive
Fairfax, VA 22030

Insurance Associates Agency
10201 Fairfax Blvd.
Suite 500
Fairfax, VA 22030

John H. Hampshire, Inc.
320 West 24th Street
Baltimore, MD 21211

Habco Electrical Group, Inc.
2144 Priest Bridge Court
Suite 8
Crofton, MD 21114

Interior Building Systems Corp
8501 Buckeye Timber Drive
Manassas, VA 20109

Johnson Roofing Systems Inc.
230 Industrial Drive
Suite U
Fredericksburg, VA 22408

Harbor Roofing
2138 Priest Bridge Court
Suite 1
Crofton, MD 21114

Intuit
2700 Coast Ave.
Mountain View, CA 94043

K.O. Stone, Inc
210 A. New Boston Street
Woburn, MA 01801

Hittite Steel
45034 Underwood Lane
Sterling, VA 20166

J.E. Richards, Inc.
10401 Tucker Street
Beltsville, MD 20705

Kelly Associates
PO Box 418926
Boston, MA 02241

Hittle Electric Corporation
2144 Priest Bridge Court
Suite 8
Crofton, MD 21114

J.W.B. Contractors L.L.C.
4936 Stepp Place
Dublin, VA 24084

King Carpentry Inc.
741 Miller Drive
Suite F2
Leesburg, VA 20175

Home Deco Plus
4816 Dodson Drive
Annandale, VA 22003

JC Floorcovering Co., Inc.
30 Manning Road
Billerica, MA 01821

Mark A. Kirkorsky, Esq.
P.O. Box 25287
Tempe, AZ 85285

Huddles & Jones, P.C.
10211 Wincopin Circle
Suite 200
Columbia, MD 21044

JC Home Improvements, LLC
PO Box 60
Merrifield, VA 22116

L&M Printing, Inc.
2810-D Dorr Avenue
Fairfax, VA 22031

HVAC Tech Solution LLC
315 N Thomas Street
Apt 1
Arlington, VA 22203

JD Miles & Sons, Inc.
210 "B" Street / P.O. Box 5008
Chesapeake, VA 23324

Loanme Inc.
1900 S. State College Blvd
Suite 300
Anaheim, CA 92806

IBTS
45207 Research Place
Ashburn, VA 20147

JDC Plumbing
10008 Brandon Way
Manassas, VA 20109

M & T Bank
133 South Washington Street
Falls Church, VA 22046

M&T Bank
Attention: General Counsel
One M&T Plaza
Buffalo, NY 14203

Metro Masonry Inc.
9650 Santiago Road
Suite 103
Columbia, MD 21045

Navy Federal Credit Union
Attn: Scott Cooper
P.O. Box 3000
Merrifield, VA 22119-3000

M-K Contracting, LLC.
6905 Fern Lane
Annandale, VA 22003

Metro Partitions & Specialities
5018 46th Avenue
Hyattsville, MD 20781

New ERA Custom Design
270 Interstate Circle
Frederick, MD 21704

Mark Magnozzi, Esq.
23 Green Street, Suite 302
Huntington, NY 11743

Metropolitan Rolling Door
9620 Gerwig Lane
Columbia, MD 21046

Michael D. Nord, Esq.
Gebhardt & Smith
One South Street, Suite 2200
Baltimore, MD 21202

Martinez Construction Roanoke
160 Frontier Road
Roanoke, VA 24012

Michael & Deborah Raine
43706 Burning Sands Terrace
Leesburg, VA 20176

NorthStar Fire Protection
21530 Blackwood Court
Suite 150
Sterling, VA 20166

McClary Tile, Inc.
5918 Farrington Avenue
Alexandria, VA 22304

David Michaelson
1005 Vineyard Path Road
Barboursville, VA 22923

Norwood Marble and Granite
3400 Windom Road
Brentwood, MD 20722

McGriff Insurance Services
PO Box 890635
Charlotte, NC 28289

Mid Atlantic Diversified Construct
8310 Edgewood Church Road
Frederick, MD 21702

Nova Electrical Contractors
16307 Alderwood Lane
Bowie, MD 20716

McHenry Project Consultants
1128 E. Fort Avenue
Baltimore, MD 21230

Miles & Stockbridge PC
100 Light Street
Baltimore, MD 21202

Omega Concrete Services
7618 Centreville Road
Manassas, VA 20111

MDZA Flooring Services
7842 Martin Wood Lane
Houston, TX 77086

Mobile Mini I, Inc.
PO Box 79149
Phoenix, AZ 85062

Otis Elevator Company
PO Box 13716
Newark, NJ 07188

Mercedes-Benz Financial Svcs
PO Box 685
Roanoke, TX 76262

Mona Electric Group
7915 Malcolm Road
Clinton, MD 20735

Overhead Door Company
6841 Distribution Drive
Beltsville, MD 20705

Mercer Glass & Mirror
117 N. 2nd Street
Princeton, WV 24740

Morris & Ritchie Associates
3445-A Box Hill Corp Ctr Dr
Abingdon, MD 21009

Pac-Van
75 Remittance Drive
Suite 3300
Chicago, IL 60675

Pacesetter Personnel Services
PO Box 2324
Houston, TX 77252

Precision Roof Crafters, Inc.
3919 Jeannetta Drive
Houston, TX 77063

Rising Data Texas, LLC.
801 E. Campbell Road
Suite 2115
Richardson, TX 75081

Palm Facility Services, LLC
10401 Connecticut Avenue
Suite 100
Kensington, MD 20895

Precision Sheet Metal, Inc.
3200 S Cape Henry Avenue
Norfolk, VA 23504

Robey Stucco
1634 Old Westminster Pike
Westminster, MD 21157

Paragon Casework
4150 Lafeyette Center Drive
Chantilly, VA 20151

Pronto Rooter Inc.
6645 Poss Road
San Antonia, TX 78238

Roll-A-Shade
12101 Madera Way
Riverside, CA 92503

Partition Plus, Inc.
PO Box 8
Fallston, MD 21047

R & R Fabrication, Inc.
170 Schooner Lane
Frederick, MD 20678

RST Mechanical
390 Sunwood Terrace
Annapolis, MD 21409

Phoenix Fire Protection, Inc.
7901 Penn Randall Place
Marlboro, MD 20772

Ramco
3900 Jermantown Road
Suite 300
Fairfax, VA 22030

Edward P. Rudden, C.P.A.
Accordia Consulting
6904 Pindell School Road
Fulton, MD 20759

Poole Mechanical Corporation
3419 Kings Retreat Court
Davidsonville, MD 21035

Raven Air Conditioning & Htg
14023 S. Post Oak
Suite C-8
Houston, TX 77045

Sammy and Maxine, LLC
43706 Burning Sands Terrace
Leesburg, VA 20176

Potomac Valley Brick
15810 Indianola Drive
Suite 100
Rockville, MD 20855

Rebar Solutions
3028 John Wayland Highway
Dayton, VA 22821

San Antonio Water System
PO Box 2990
San Antonio, TX 78299

Power Services Incorporated
5800 Woodcliff Road
Suite 108
Bowie, MD 20720

Rely-On Decorators, Inc.
111-K Carpenter Drive
Sterling, VA 20164

Scan-Core (Timothy Fenwick)
4210 Amelia Drive
Fredericksburg, VA 22408

Power Solutions, LLC
17201 Melford Blvd.
Suites A-K
Bowie, MD 20715

Retirement, L.L.C.
13838 Quail Pointe Drive
Suite B
Oklahoma City, OK 73134

Paul Schrader, Esq.
Fullerton & Knowles
12642 Chapel Road
Clifton, VA 20124

Precision Doors & Hardware
6295-80 Edsall Road
Alexandria, VA 22312

RGR Contracting,LLC
PO Box 1515
Hillsville, VA 24343

Score Drywall, Inc.
PO Box 1249
Middletown, MD 21769

SDAC Facility Services, LLC
15938 Derwood Road
Derwood, MD 20855

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Total Electric, Inc.
16000 Trade Zone Avenue
Suite 303
Upper Marlboro, MD 20774

Shepherd Electric Supply
7401 Pulaski Highway
Baltimore, MD 21237

Surfaces by Barrows
1302 Rockland Avenue, NW
Roanoke, VA 24012

Travelers Casualty & Surety
One Tower Square
Hartford, CT 06183

Sing Core
PO Box 1691
McCleary, WA 98557

Christopher M. Sweeney, Esq.
Peckar & Abramson, P.C.
2055 L Street, N.W. #750
Washington, DC 20036

Trinity Building Services
PO Box 1330
Annandale, VA 22003

Single Point Construction LLC
3729 Brightseat Road
Landover, MD 20785

T & D Plumbing, Inc.
1628 Sulphur Spring Road
Halethorpe, MD 21227

Trisource Contracting, LLC
PO Box 1357
Sykesville, MD 21784

Skyline Door & Hardware
1875 Dillard Drive
Salem, VA 24153

Temple Builders
5828 Tonwley Avenue
Norfolk, VA 23518

Tysons Carpet Inc.
22900 Shaw Road
Unit 125
Sterling, VA 20166

Slavens Plumbing
2951 Ashdown Forest Drive
Herndon, VA 20171

Texas Star Surveying
15502 Old Galveston Road
Suite 706
Webster, TX 77598

U.S. Attorney for E.D. Va.
2100 Jamieson Ave.
Alexandria, VA 22314

Staples Advantage
PO Box 405386
Atlanta, GA 30384

Texas State Comptroller
PO Box 149359
Austin, TX 78714

Union Funding Source
780 Long Beach BLVD
Long Beach, NY 11561

StarCorpUSA, Ltd.
43706 Burning Sands Terrace
Leesburg, VA 20176

Thomas A. Carcaterra
1375 Piccard Drive
Suite 230
Rockville, MD 20850

United Site Services
PO Box 5502
Binghamton, NY 13902

Structural Concepts/Components
1284 North West Avenue
Blackstone, VA 23824

Natalia Thomas, Esq.
The Rubin Law Firm
90 Broad St, 16th Floor
New York, NY 10004-2205

US Small Business Admin.
District Director
400 N. 8th Street, Ste. 1150
Richmond, VA 23219

Summit Construction, Inc.
5431 Yukon Court
Suite A
Frederick, MD 21703

Thrifty Iron Works, Inc.
5627 Lafayette Place
Hyattsville, MD 20781

Virginia Casework Corporation
3436 Sleepy Hollow Road
Falls Church, VA 22044

Virginia Sprinkler Company VSC
7708 Fullerton Road
Springfield, VA 22153

W Group Construction
9926 Main Street
#200
Fairfax, VA 22031

W. A. Hamilton Co, Inc.
10227 Southard Drive
Beltsville, MD 20705

Eric S. Waldman, Esq.
4100 Monument Corner Dr. #420
Fairfax, VA 22030

Radwa Waly
Nova Electrical Contractors
5645 Gen. Wash. Drive #M
Alexandria, VA 22312

Ward Pest Control, Inc.
12240 Indian Creek Court
Suite 140
Beltsville, MD 20705

Web Bank / CAN Capital
215 State Street
Suite 1000
Salt Lake City, UT 84111

Whipco Services Inc, DBA CertaPro
102 Crossfox Circle
Catonsville, MD 21228

Wilcox Caulking Corporation
PO Box 208
Lorton, VA 22199

Wittenbach Business Systems
100 Sparks Valley Road
Suite B
Glencoe, MD 21152

# United States Bankruptcy Court
## Eastern District of Virginia

In re    __Marion Construction LLC__      Case No. _____

                     Debtor(s)          Chapter     __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    __Marion Construction LLC__    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 14, 2019__                       __/s/ David E. Lynn__

Date                                  __David E. Lynn VSB#90409__

                                  Signature of Attorney or Litigant

                                  Counsel for    __Marion Construction LLC__

                                  __David E. Lynn, P.C.__
                                  __15245 Shady Grove Road, Suite 465 N__
                                  __Rockville, MD 20850__
                                  __301-255-0100__
                                  __davidlynn@verizon.net__